## DECISIONS HANDED DOWN MARCH 14, 1887.

George B. Vanderpoel, etc., Appellant, v. Frederick W. Loew, etc., and others, Respondents. — Judgment affirmed, costs of all parties to be paid out of the estate. Opinions by Brady and Daniels, JJ.

Emily P. Delafield, Plaintiff, v. Emily A. White and others, Defendants, Order reversed, with ten dollars costs and disbursements, and case remitted to Special Term as directed in opinion. Opinion by Macomber, J.

John H. Riker and others, Respondents, v. John H. Cromwell and others, Appellants. — Judgment affirmed, with costs to respondents out of the funds, and without costs to appellants. Opinion by Brady, J.

In the Matter of Nathaniel Gilman, deceased.— Order modified as directed in opinion, and as modified affirmed, with cost against the appellant, Anna K. Gilman.

Lewis H. Meyer, Appellant, v. The Staten Island Railway Company and another, Respondents.— Judgment reversed, with liberty to defendant to answer on payment of costs. Opinion by Brady, J.

The Francklyn Land and Cattle Company, Appellant, v. August Kountze and others, Impleaded, etc., Respondents.—Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, J.

The Jersey City Insurance Company, Respondent, v. Charles S. Archer, Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.